DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN SYMONETTE, SR.,**
Appellant,

v.

**ARK ROYAL INSURANCE COMPANY,**
Appellee.

No. 4D22-562

[March 9, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE19021302.

Brian Symonette, Sr., Moore Haven, pro se.

Patrick E. Betar, Evelyn M. Merchant and Ricardo J. Fernandez of Berk, Merchant & Sims, PLC, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***